# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **DAMONE DANIEL,** | Case No. CV14-03864 VAP (AJW) |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **CITY OF GLENDALE, et al.,** | |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") (docket no. 59). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: September 16, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge